UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUZ ERICA ACOSTA GONZALEZ, | ) ) | Civil Action No. 5:22-cv-1285-DJS |
| *Plaintiff*, | ) | Daniel J. Stewart |
| vs. | ) ) | United States Magistrate Judge |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration | ) ) ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, Acting Commissioner of Social Security | Luz Erica Acosta Gonzalez, |
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman, United States Attorney | |
| */s/ Geoffrey M. Peters* Geoffrey M. Peters Special Assistant United States Attorney N.D.N.Y. Bar Roll No. 701022 | */s/  Elizabeth Lombardi* [1] Elizabeth Lombardi, Esq. Legal Aid Society of Mid-New York NY Bar No. 520633 |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Geoffrey M. Peters, received on February 28, 2023.

2

| | |
|---|---|
| Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>Tel.: (617) 565-2386; Fax: (617) 565-4447<br>louis.george@ssa.gov | 221 South Warren St., Ste. 310<br>Syracuse, New York 13202<br>Telephone: (315) 703-6657<br>Fax: (315) 424-4911<br>betsy.lombardi@lasmny.org |

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: 3/3/2023
Albany, NY