# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Luz Erica Acosta Gonzalez**

        Plaintiff(s)

vs.                        **CASE NUMBER: 5:22-cv-1285 (DJS)**

**Kilolo Kijakazi**

        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 of 42 U.S.C. § 405(g). The parties stipulate that the Acting Commissioners final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 3rd day of March, 2023.

DATED: March 7, 2023

*John Domurad*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk